UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
FRANK RAMOS,                                       :
               Plaintiff,
                                   :        ORDER
        -against-                            21 Civ. 1649 (GWG)
                                   :
KYLE W. EDDY, et al.,
                                   :

               Defendants.  :
-------------------------------------------------------X
GABRIEL W. GORENSTEIN, United State Magistrate Judge

       The Court is somewhat mystified by the course of events with respect to its May 11, 2021, Order. Because of the Order's importance, the Court made sure the docket entry included the words "As further set forth in this Order" to alert the reader of the docket entry that the docket entry did not fully describe the Order (as is usually the case). Counsel's affidavit does not explain why these words did not engender further investigation by counsel.

       Be that as it may, the Court accepts that counsel did not act in bad faith and therefore no sanction will issue. Additionally, the Court accepts that there is no need to further question the existence of subject matter jurisdiction.

SO ORDERED.

Dated: June 17, 2021
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge